UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

CARL M. EVERETT
SSN: xxx-xx-7715
BRENDA S. EVERETT
SSN: xxx-xx-1098
Debtors

CASE NUMBER: 02-36348
CHAPTER 13

NOTICE TO CARL & BRENDA EVERETT
THAT $4.91 HAS BEEN DEPOSITED INTO
THE COURT'S UNCLAIMED FUNDS ACCOUNT
IN TREASURY FUND #106000

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Carl & Brenda Everett, debtors herein, and deposits $4.91 into the Court Clerk's Unclaimed Funds Account in Treasury Account #106000.

1. The last known address for Carl & Brenda Everett was:

   Carl & Brenda Everett
   614 Myrtle Street
   Elkhart, IN 46514

2. The Standing Chapter 13 Trustee's disbursement checks have been returned with "Return to Sender, Attempted Not Known, Unable to Forward" stamped on the front of the envelope by the Postmaster.

3. Subsequent attempts to locate these debtors were fruitless.

4. Any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: __11-20-09__                                    Respectfully Submitted,

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on __11-20-09__

By U. S. Mail to the Debtors as follows:

Debtor(s): Carl & Brenda Everett, 614 Myrtle Street, Elkhart, IN 46514

By electronic CM/ECF email to the following:

Debtor's Attorney: Ian Flora
U.S. Trustee

/s/ Debra L. Miller, Trustee
By: Rosemary Ward-Wilson